UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:

**Debtor:** Monica Llerena

Case # 14-22168-AJC

Chapter 13

## FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed loss mitigation Mediator, reports to the court as follows:**

**A.** The final Loss Mitigation Mediation (LMM) conference was scheduled to be conducted on 03-17-2015 and the following parties were present:

1. [ x ] The Debtor: Monica Llerena
2. [ x ] The Debtor's Attorney: Vanessa Angulo
3. [ x ] The Lender's Representative: Richard Dudek
4. [ **x** ] The Lender's Attorney: Annessa Kalloo

**B.** The final LMM conference was scheduled for, but not conducted for the following reason:

1. [ ] The parties settled prior to attending
2. [ ] The case was dismissed
3. [ ] The debtor failed to attend
4. [ ] The debtor's attorney failed to attend
5. [ ] The lender failed to attend
6. [ ] The lender's attorney failed to attend
7. [ ] Other:

**C.** The result of the LMM conference is as follows

1. [x] The parties reached an agreement
2. [ ] The parties did not reach an agreement

Dated: 04-10-2015

Signature of Mediator: _____/S/_____

Printed Name: Robin Weiner
Address: 151 N. Nob Hill Road #132 Plantation, FL 33324
Phone: 754-227-9449

Copies To: [All Parties to Mediation] Email: impartialmediator@gmail.com