**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re: MONICA LLERENA                              Case No. 14-22168-BKC-AJC
         XXX-XX-1654                                          Chapter 13

_____**Debtors**_____/

## MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

**COMES NOW**, the Debtor, Monica Llerena, by and through the undersigned counsel and files this Motion to Modify Chapter 13 Plan and states as follows:

1. That this is a confirmed Ch.13 Case.

2. That the debtor has received an offer for permanent loan modification through the Mortgage Modification Mediation program by Selene Finance LP.

3. That since Selene Finance LP is now a current account, the debtor wishes to remove payments from the plan and continue paying creditor outside the plan.

**WHEREFORE**, the Debtor, Monica Llerena, respectfully requests to this honorable Court that this Motion to Modify Chapter 13 Plan be GRANTED.

> I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1 (A).

Respectfully submitted,

**Law Offices of Patrick L Cordero, Esq**
Attorney for Debtor(s).
198 NW 37th Avenue
Miami, Florida 33125
Tel: (305) 445-4855

_____/s/ (FILED ECF)_____
PATRICK L. CORDERO, ESQ.
FL Bar No. 801992